**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANDREW ST. LEDGER MONAGHAN, III,  )   NO. CV 11-10235-DOC(E)
                                 )
              Plaintiff,         )
                                 )
     v.                          )   JUDGMENT
                                 )
LARRY P. FIDDLER, ET AL.,        )
                                 )
              Defendants.        )
_____)

     Pursuant to the Order Denying Application and Dismissing Action Without Prejudice, it is adjudged that this action is dismissed without prejudice.

          DATED: December 16, 2011

                              _____
                                      DAVID O. CARTER
                              UNITED STATES DISTRICT JUDGE